Filing # 117487428 E-Filed 12/02/2020 07:20:16 AM

IN THE CIRCUIT COURT OF THE 20th JUDICIAL CIRCUIT,
IN AND FOR COLLIER COUNTY, FLORIDA

CRISTINA DENIS and
RAFAEL DENIS,

      Plaintiff,

v.

TARGET CORPORATION,

      Defendant.
_____/

CASE NO.

## COMPLAINT FOR DAMAGES AND DEMAND FOR JURY TRIAL

COME NOW the Plaintiffs, CRISTINA DENIS (hereinafter "Plaintiff CRISTINA") and RAFAEL DENIS (hereinafter "Plaintiff RAFAEL"), by and through their undersigned counsel, to sue the Defendant, TARGET CORPORATION, and for their lawsuit allege:

## BACKGROUND

1. This is an action for damages in excess of thirty thousand dollars ($30,000.00), exclusive of costs, interest, and attorney's fees.

2. At all times material, Plaintiff CRISTINA was a resident of Collier County, Florida, above eighteen (18) years of age, and sui juris.

3. At all times material, Plaintiff RAFAEL was a resident of Collier County, Florida, above eighteen (18) years of age, and sui juris.

4. At all times material, Defendant was a foreign corporation that has or carries on substantial business within the state of Florida and within Collier County specifically.

5. At all times material, Defendant operated, managed, maintained, and controlled the business known as Target Store #2063 with a business address listed as 2415 Tarpon Bay

Blvd, Naples, Florida, 34119.

6. Venue is appropriate in Collier County because the subject incident occurred in Collier County and because Defendant has an agent or other representative in that county.

## COUNT I: NEGLIGENCE CLAIM OF PLAINTIFF CRISTINA AGAINST DEFENDANT

7. All preceding paragraphs are incorporated by reference as if fully set forth herein.

8. On June 1, 2019, Plaintiff CRISTINA was a business invitee or invited licensee of Defendant at the indoor retail business known as Target Store #2063 located at 2415 Tarpon Bay Blvd, Naples, Florida, 34119.

9. On and prior to June 1, 2019, Defendant had a duty to maintain its property in a reasonably safe condition so as prevent or promptly remedy unreasonably dangerous conditions which pose risk of harm to business invitees or invited licensees, including Plaintiff CRISTINA.

10. On and prior to June 1, 2019, Defendant had a duty to warn business invitees or invited licensees, including Plaintiff CRISTINA, of any unreasonably dangerous conditions on its property of which it had or should have had knowledge, and of which Plaintiff CRISTINA had no knowledge.

11. On June 1, 2019, Plaintiff CRISTINA was walking through Target Store #2063 near the sporting goods section when she was caused to slip and fall by an unreasonably dangerous condition; to wit, an accumulation of slippery blue liquid on the floor.

12. At all times material, Defendant breached its duty owed to Plaintiff CRISTINA by committing one or more of the following omissions or commissions:
    a) Negligently failing to maintain its property in a reasonably safe condition so as to prevent or promptly remedy unreasonably dangerous conditions which pose risk of

        harm to business invitees or invited licensees, including Plaintiff CRISTINA; and

    b) Negligently failing to warn business invitees and invited licensees, including Plaintiff CRISTINA, of an unreasonably dangerous condition on its property of which it had or should have had knowledge, and of which Plaintiff CRISTINA had no knowledge; to wit, an accumulation of slippery blue liquid on the floor.

13. As a direct and proximate result of Defendant's negligence, Plaintiff CRISTINA sustained serious and permanent bodily injuries resulting in pain and suffering, permanent impairment, disability, mental anguish, inconvenience, disfigurement, loss of the enjoyment of life, expense of hospitalization, expense of medical care and treatment in the past and to be experienced in the future, loss of past wages, and loss of ability to earn wages in the future. The losses are either permanent or continuing and the Plaintiff will suffer losses in the future.

WHEREFORE, Plaintiff, CRISTINA DENIS, demands judgment against Defendant, TARGET CORPORATION, for compensatory damages, prejudgment interest on liquidated damages as allowed by law, costs, and such other relief as the Court deems just, and demands a trial by jury of all issues so triable as a matter of right.

## COUNT II: CONSORTIUM CLAIM OF PLAINTIFF RAFAEL AGAINST DEFENDANT

14. All preceding paragraphs are incorporated by reference as if fully set forth herein.
15. At all times material, Plaintiff RAFAEL is and was the legal husband of Plaintiff CRISTINA.
16. At all times material, Plaintiff RAFAEL was entitled to and enjoyed the services, society,

comfort, attentions, affections, companionship, and consortium of his wife, Plaintiff CRISTINA.

17. By reason of Plaintiff CRISTINA' injuries which were caused by the negligence of Defendant, Plaintiff RAFAEL has been deprived of the services, society, comfort, attentions, affections, companionship, and consortium of husband and wife, and as a result thereof, has sustained damages in the past and will continue to sustain damages in the future.

WHEREFORE, Plaintiff, RAFAEL DENIS, demands judgment against the Defendant, TARGET CORPORATION, for compensatory damages, prejudgment interest on liquidated damages as allowed by law, costs, and such other relief as the Court deems just, and demands a trial by jury of all issues so triable as a matter of right.

*/s/ Luke T. Moreau, Esq.*
Luke T. Moreau, Esq.
Florida Bar No.: 108241
LAW OFFICES OF LUKE T. MOREAU, ESQ.
*Counsel for the Plaintiff*
1761 N. Young Circle, Suite 3-343
Hollywood, FL  33020
Phone: (954) 406-6757
Fax: (954) 212-9703
luke@lukemoreaulaw.com
catherine@lukemoreaulaw.com

*/s/ Cassidy L. Loutos, Esq.*
Cassidy L. Loutos, Esq.
Florida Bar No.: 116568
LOUTOS LAW, PLLC
*Counsel for the Plaintiff*
1193 SE Port St. Lucie Blvd, #234
Port St. Lucie, Florida 34952
Phone: (772) 208-9333
Fax: (772) 237-3776
cassidy@loutoslaw.com