UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

CRISTINA DENIS,

    Plaintiff,

v.                                                                                          Case No. 2:21-cv-24-JES-NPM

TARGET CORPORATION,

    Defendant.
_____

## ORDER

Before the court is defendant Target Corporation's opposed motion for costs (Doc. 47). Target seeks $24,958.14 in costs but has failed to follow the proper procedures for such an award. Prevailing parties seeking to tax costs need not file a motion. Rule 54(d)(1) allows the clerk to tax costs on 14 days' notice, and the revised Local Rules have eliminated the requirement for attorneys to move for costs. M.D. Fla. R. 7.01(a) (providing a bifurcated procedure for requesting fees and nontaxable expenses and omitting any reference to taxable costs).

To obtain taxable costs, a party must complete and properly file a bill of costs using the AO 133 form and attach an itemization and documentation. *See* 28 U.S.C. § 1920 ("A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree."). The court has discretion to award costs specifically enumerated in 28 U.S.C. §1920 and may not tax as costs items not authorized by

statute. *See Crawford Fitting Co. v. J. T. Gibbons, Inc.*, 482 U.S. 437, 441-442 (1987). After the fourteen-day period has run, the clerk may tax some or all of the requested costs. *See* Fed. R. Civ. P. 54(d)(1). Therefore, the motion is **DENIED without prejudice**.

Target is directed to complete and properly file a bill of costs by **June 3, 2022**. The parties are directed to confer before the filing of a bill of costs, and they are also encouraged to mutually resolve any objections. Any motion for court review of the bill of costs must be filed within **fourteen days** after the filing of the bill of costs.

**ORDERED** on May 19, 2022.

*[signature]*
NICHOLAS P. MIZELL
UNITED STATES MAGISTRATE JUDGE